Form 134

|  | UNITED STATES BANKRUPTCY COURT | 7 |
|---|---|---|
|  | WESTERN DISTRICT OF PENNSYLVANIA | culy |

In re:    Bankruptcy Case No.: 19–20444–TPA
Chapter: 13

**Michael D. Cephas**
   Debtor(s)

# ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS

    The Debtor(s) has filed an *Application for Individuals to Pay the Filing Fee in Installments*. The filing fee in Chapter 7 cases is $335.00, in Chapter 11 cases is $1,717.00, in Chapter 12 cases is $275.00, and in Chapter 13 cases is $310.00.

    *AND NOW*, this **The 4th of February, 2019**, it is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) The Debtor(s) shall pay the filing fee in installments on the terms set forth in Debtor's *Application* to the extent that the terms stated therein comply with *Fed.R.Bankr.P. 1006*. **On or before** 6/3/19, the filing fee balance, $310.00 shall be paid in full. The filing fee shall be paid at the U.S. Bankruptcy Court located at:

> U.S. Bankruptcy Court
> 5414 U.S. Steel Tower
> 600 Grant Street
> Pittsburgh, PA 15219

    Debtors are not permitted to submit personal checks.

    (2) If final payment in full is not made as and when specified above, this case will be **DISMISSED** without further notice or hearing unless **on or before** June 3, 2019 the Debtor(s) requests by Motion to be excused from doing so.

    (3) Until the filing fee is paid in full, the Debtor(s) shall not pay, and no person shall accept, any money for services in connection with this case, and the Debtor(s) shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

cm: Debtor
    Debtor's Counsel
    Ronda J. Winnecour, Esq.
    Office of the U.S. Trustee

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 19-20444-TPA
Michael D. Cephas                                                 Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 1      Date Rcvd: Feb 04, 2019
                      Form ID: 134      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2019.
db        +Michael D. Cephas,   231 Richland Dr,   Pittsburgh, PA 15235-4413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2019 at the address(es) listed below:
      Lawrence W. Willis   on behalf of Debtor Michael D. Cephas ecf@westernpabankruptcy.com,
       urfreshstrt@gmail.com
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
      TOTAL: 3