# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Michael D Cephas** _____  Case No. **19-20444**

Debtor(s)  Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Michael D Cephas**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **February 21, 2019**          Signature   **/s/ Michael D Cephas**
                                               **Michael D Cephas**
                                               Debtor

WILKINSBURG BEVERAGE COMPANY
601 PENN AVENUE
WILKINSBURG PA 15221

EE ID 8    DD

DATE: 02/01/2019    CHECK NO. 11708

PAY TO THE ORDER OF

MICHAEL CEPHAS
231 RICHLAND DRIVE
PENN HILLS PA 15235

Total Net Direct Deposit(s)
**$846.72**
AMOUNT

VOID THIS IS NOT A CHECK .......................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
Michael Cephas
231 Richland Drive
Penn Hills, PA 15235
Soc Sec #: xxx-xx-xxxx    Employee ID: 8

Pay Period: 01/13/19 to 01/26/19
Check Date: 02/01/19    Check #: 11708

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 7838 | 846.72 | 2405.67 |
| **NET PAY** | **846.72** | **2405.67** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | 1340.00 | | 4020.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 1340.00 | | 4020.00 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 83.08 | 249.24 |
| Medicare | | 19.43 | 58.29 |
| Fed Income Tax | S 0 | 135.80 | 407.40 |
| PA Income Tax | | 41.14 | 123.42 |
| PA Unemploy | | 0.80 | 2.40 |
| PA LWIA1-All LS | | 2.00 | 6.00 |
| PA WLKBG-All In | | 13.40 | 40.20 |
| **TOTAL** | | **295.65** | **886.95** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Advance | 97.63 | 427.38 |
| Misc Deduction | 100.00 | 300.00 |
| **TOTAL** | **197.63** | **727.38** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 846.72 | 2405.67 |

Payrolls by Paychex, Inc.

0046 1402-7783    Wilkinsburg Beverage Company • 601 Penn Avenue • Wilkinsburg PA 15221 • (412) 371-4242

WILKINSBURG BEVERAGE COMPANY
601 PENN AVENUE
WILKINSBURG PA 15221

EE ID: 1402-7783
DD

DATE: 01/18/2019
CHECK NO.: 11694

PAY TO THE ORDER OF

MICHAEL CEPHAS
231 RICHLAND DRIVE
PENN HILLS PA 15235

Total Net Direct Deposit(s)
**$844.55**
AMOUNT

VOID THIS IS NOT A CHECK .......................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Michael Cephas
231 Richland Drive
Penn Hills, PA 15235
Soc Sec #: xxx-xx-xxxx    Employee ID: 8

Pay Period: 12/30/18 to 01/12/19
Check Date: 01/18/19    Check #: 11694

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 7838 | 844.55 | 1558.95 |
| **NET PAY** | **844.55** | **1558.95** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | 1340.00 | | 2680.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 1340.00 | | 2680.00 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 83.08 | 166.16 |
| Medicare | | 19.43 | 38.86 |
| Fed Income Tax | S 0 | 135.80 | 271.60 |
| PA Income Tax | | 41.14 | 82.28 |
| PA Unemploy | | 0.80 | 1.60 |
| PA LWIA1-All LS | | 2.00 | 4.00 |
| PA WLKBG-All In | | 13.40 | 26.80 |
| **TOTAL** | | **295.65** | **591.30** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Advance | 99.80 | 329.75 |
| Misc Deduction | 100.00 | 200.00 |
| **TOTAL** | **199.80** | **529.75** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 844.55 | 1558.95 |

Payrolls by Paychex, Inc.

0046 1402-7783  Wilkinsburg Beverage Company • 601 Penn Avenue • Wilkinsburg PA 15221 • (412) 371-4242

WILKINSBURG BEVERAGE COMPANY
601 PENN AVENUE
WILKINSBURG PA 15221

EE ID 8   02-DD

DATE: 01/04/2019
CHECK NO. 11679

PAY TO THE ORDER OF

MICHAEL CEPHAS
231 RICHLAND DRIVE
PENN HILLS PA  15235

Total Net Direct Deposit(s)
**$714.40**
AMOUNT

VOID

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                              FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Michael Cephas
231 Richland Drive
Penn Hills, PA  15235
Soc Sec #: xxx-xx-xxxx    Employee ID: 8

Pay Period: 12/16/18 to 12/29/18
Check Date: 01/04/19    Check #: 11679

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 7838 | 714.40 | 714.40 |
| **NET PAY** | **714.40** | **714.40** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | 1340.00 | | 1340.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 1340.00 | | 1340.00 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 83.08 | 83.08 |
| Medicare | | 19.43 | 19.43 |
| Fed Income Tax | S 0 | 135.80 | 135.80 |
| PA Income Tax | | 41.14 | 41.14 |
| PA Unemploy | | 0.80 | 0.80 |
| PA LWIA1-All LS | | 2.00 | 2.00 |
| PA WLKBG-All In | | 13.40 | 13.40 |
| TOTAL | | 295.65 | 295.65 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Advance | 229.95 | 229.95 |
| Misc Deduction | 100.00 | 100.00 |
| TOTAL | 329.95 | 329.95 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 714.40 | 714.40 |

Payrolls by Paychex, Inc.

0046 1402-7783    Wilkinsburg Beverage Company • 601 Penn Avenue • Wilkinsburg PA  15221 • (412) 371-4242

WILKINSBURG BEVERAGE COMPANY
601 PENN AVENUE
WILKINSBURG PA 15221

EE ID: 8

DATE: 12/21/2018
CHECK NO.: 11664

PAY TO THE ORDER OF
MICHAEL CEPHAS
231 RICHLAND DRIVE
PENN HILLS PA 15235

Total Net Direct Deposit(s)
**$839.70**
AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Michael Cephas
231 Richland Drive
Penn Hills, PA 15235
Soc Sec #: xxx-xx-xxxx    Employee ID: 8

Pay Period: 12/02/18 to 12/15/18
Check Date: 12/21/18    Check #: 11664

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 7838 | 839.70 | 21865.06 |
| NET PAY | 839.70 | 21865.06 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | 1340.00 | | 35032.30 |
| Total Hours | | | | | |
| Gross Earnings | | | 1340.00 | | 35032.30 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 83.08 | 2172.00 |
| Medicare | | 19.43 | 507.97 |
| Fed Income Tax | S 0 | 136.40 | 3602.87 |
| PA Income Tax | | 41.14 | 1075.54 |
| PA Unemploy | | 0.80 | 20.92 |
| PA LWIA1-All LS | | 2.00 | 52.00 |
| PA WLKBG-All In | | 13.40 | 350.32 |
| TOTAL | | 296.25 | 7781.62 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Advance | 104.05 | 2785.62 |
| Misc Deduction | 100.00 | 2600.00 |
| TOTAL | 204.05 | 5385.62 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 839.70 | 21865.06 |

Payrolls by Paychex, Inc.

0046 1402-7783    Wilkinsburg Beverage Company • 601 Penn Avenue • Wilkinsburg PA 15221 • (412) 371-4242