Certificate Number: 14912-PAW-DE-032403419

Bankruptcy Case Number: 19-20444



14912-PAW-DE-032403419

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 7, 2019</u>, at <u>4:57</u> o'clock <u>AM EST</u>, <u>Michael Cephas</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>March 7, 2019</u>     By:  <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>