**File an order:**

19-20444-TPA Michael D. Cephas

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 2 (Pittsburgh) |
| Assets: y | Judge: TPA | Case Flag: FeeDueINST |

## U.S. Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

Notice of Electronic Filing

The following transaction was received from msch entered on 5/21/2019 at 2:38 PM EDT and filed on 5/21/2019
**Case Name:**     Michael D. Cephas
**Case Number:**     19-20444-TPA
**Document Number:** 39

**Docket Text:**
TEXT ORDER issued by Judge Jeffery A. Deller: AND NOW, this 21st day of May, 2019, pursuant to the Order of Court issued by Chief Judge Carlota M. Bohm on May 13, 2019, at Miscellaneous Proceeding 19-204, it is hereby ORDERED that the reassigned Trustees Amended Motion To Disgorge Fee [RE: related document (s): [32] filed by Ronda J. Winnecour, Chapter 13 Trustee, is RESCHEDULED for hearing on June 12, 2019, at 11:00 AM at p04, Courtroom D, 54th Floor, 600 Grant Street, Pittsburgh, PA 15219. Responses are due June 5, 2019 (RE: related document(s): [32] Motion). This text-only entry constitutes the Courts Order and Notice on this matter. (msch)

The following document(s) are associated with this transaction:


**19-20444-TPA Notice will be electronically mailed to:**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor PNC BANK NATIONAL ASSOCIATION
bkgroup@kmllawgroup.com

Lawrence W. Willis on behalf of Debtor Michael D. Cephas
ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**19-20444-TPA Notice will not be electronically mailed to:**