# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

**Debtor:** MICHAEL D. CEPHAS
**Case Number:** 19-20444-TPA    **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, JUNE 12, 2019 11:00 AM   COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## *Matter:*

Trustee's Motion To Disgorge Fee filed by Ronda J. Winnecour, Chapter 13 Trustee
- Status Report filed 5/7/2019 by Lawrence W. Willis, Esq. and Willis & Associates at ECF No. 35
- Text Order Entered 5/13/2019 Cancelling 5/15/2019 Hearing
- Text Order Entered 5/20/2019 Transferring Motion To Judge Deller
- Text Order Entered 5/21/2019 Rescheduling Hearing To 6/12/2019

**R / M #:**  32 / 0

## *Appearances:*

CHAPTER 13 TRUSTEE:  JANA S. PAIL, ESQUIRE
DEBTOR:  LAWRENCE W. WILLIS, ESQUIRE

## *Proceedings:*

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
   _____ For At Least _____ Days (Court To Issue Scheduling Order)
   _____ To Hearing Date Of _____ at _____ AM/PM at
   _____
   _____ To Conciliation Conference For _____ at
   _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
   _____ Evidentiary Hearing On Value And Cram-Down Interest
   _____ Complex / Pretrial Order -  NONJURY  /  JURY
   _____ Simple / Pretrial Order - NONJURY  /  JURY
   _____ Parties To Undertake Discovery - Discovery Period:  _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Text Order to be issued continuing hearing**

FILED
6/14/19 4:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge