FILED
6/28/19 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | **Misc. Pro. 19-204-JAD** |
| **Matters Involving Lawrence W.** | : | |
| **Willis regarding the Chapter 13** | : | |
| **Trustee's Motions for** | : | **Doc. No.** |
| **Disgorgement of Fees, Motions** | : | |
| **to Compel and related filings.** | : | |
| | : | |
| _____ | X | |

### SECOND SUPPLEMENTAL ORDER REGARDING CONTINUED HEARING

At the June 12, 2019 hearing in the above-captioned Miscellaneous Proceeding, Attorney Willis acknowledged that the Bankruptcy Code and Bankruptcy Rules required him to file the Disclosure of Compensation of Attorney for Debtor(s) (Official Form 2030, **"Disclosure of Compensation"**), which form provides "I certify that the forgoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in the bankruptcy proceeding." Hearing Transcript, MP 19-204-JAD, ECF No. 13 at 15:10-14. The Pennsylvania Disciplinary Rules of Professional Conduct requires "the basis or rate of the fee shall be communicated to the client, <u>in writing</u>, before or within a reasonable time after the commencement of the representation." Pa. R. Prof. Cond. Rule 1.5(b) (emphasis added) (**"Required Fee Disclosure"**).

The Order establishing this Miscellaneous Proceeding (ECF No. 1), identifies 32 cases (the "**Identified Cases**").   In some of the Identified Cases, the Disclosure of Compensation was not filed.

At the June 12th Hearing, the Court: (a) set a continued hearing for July 24, 2019 at 11:00 AM (the "**Continued Hearing**"); and (b) instructed Attorney Willis to supplement his filings.  See ECF Nos. 10, 13.

**IT IS HEREBY ORDERED** that Attorney Willis also must file a report with respect to the Identified Cases that includes:  (a) a spreadsheet separately identifying for each Identified Case, the  (x) attorneys' fees received and (y) costs and expense reimbursements received by Attorney Willis or his firm; and  (b) a copy of the Required Fee Disclosure that was provided to the Debtor in each of the Identified Cases and the date it was provided to the Debtor.   The supplemental filings shall also include a sample of the Required Fee Disclosure that Attorney Willis is currently using.  The supplemental filings required by this Order shall be filed before **July 16, 2019**.

**IT IS SO ORDERED.**

**BY THE COURT,**

**Dated: June 28, 2019**

**JEFFERY A. DELLER**          mas
**United States Bankruptcy Judge**

Court Administrator to serve:

Chapter 13 Trustee
Office of the United States Trustee
Lawrence Willis, Esq.
Each Debtor and their Counsel in each of the 32 Identified Cases.

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                Case No. 19-20444-TPA
Michael D. Cephas                                                                     Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1            Date Rcvd: Jun 28, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2019.
db              +Michael D. Cephas,    231 Richland Dr,    Pittsburgh, PA 15235-4413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                                Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2019 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Lawrence W. Willis    on behalf of Debtor Michael D. Cephas  ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                  TOTAL: 5