FILED
7/17/19 9:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : |
| **Matters Involving Lawrence W. Willis regarding the Chapter 13 Trustee's Motions for Disgorgement of Fees, Motions to Compel and related filings.** | : **Miscellaneous Proceeding 19-204-JAD** |
| | : |
| | : **Related to Doc. Nos. 13, 14, 17** |
| | X |

### THIRD SUPPLEMENTAL ORDER REGARDING CONTINUED HEARING

Following the June 12, 2019 hearing in the above-captioned Miscellaneous Proceeding, the Court entered two orders requiring Attorney Willis to provide certain information to the Court by July 16, 2019 (ECF Nos. 13 & 14). On July 16, 2019, Attorney Willis filed a Status Report, and included multiple exhibits. (ECF No. 17, the "Status Report"). This Order is necessitated due to the lack of full compliance with the prior Orders, and, what the Court perceives to be some confusion regarding the Exhibits to the Status Report.

The first Order (ECF No. 13), required Attorney Willis file a report "identifying: (a) all bankruptcy cases he or his firm has filed from January 1, 2017 to date, where a "wet signature" does not exist for the bankruptcy petition; and (b) all bankruptcy cases he or his firm has filed from January 1, 2017, to date, where a "wet signature" does exist for the bankruptcy petition and attach copies of all of the petitions with wet signatures." The Status Report, at Exhibit

B, appears to list cases from 2017 to date. The Status Report further indicates that of those listed on Exhibit B, 44 did not include "wet signatures" on the Petition, and that Attorney Willis will provide copies to Chambers. These documents have not yet been received; Attorney Willis is directed to provide these copies to Chambers by **July 19, 2019 at 12:00 p.m.**

Furthermore, the Court does not find a list "identifying all bankruptcy cases he or his firm has filed from January 1, 2017 to date, where a 'wet signature' does not exist for the bankruptcy petition." Attorney Willis is hereby directed to file a supplemental report, providing a list of those all bankruptcy cases (including both cases where the petition, schedules and other documents were completed and cases which were incomplete or dismissed) he or his firm has filed from January 1, 2017 to date, where a 'wet signature' does not exist for the bankruptcy petition. This supplemental report is to be filed not later than **July 19, 2019 at 12:00 p.m.**

The second Order (ECF No. 14), required Attorney Willis file a report "with respect to the Identified Cases that includes: (a) a spreadsheet separately identifying for each Identified Case, the (x) attorneys' fees received and (y) costs and expense reimbursements received by Attorney Willis or his firm; and (b) a copy of the Required Fee Disclosure that was provided to the Debtor in each of the Identified Cases and the date it was provided to the Debtor." The Status Report does not include this information. Therefore, Attorney Willis is hereby directed to file a supplemental report, providing (a) a spreadsheet separately

identifying for each Identified Case, the (x) attorneys' fees received and (y) costs and expense reimbursements received by Attorney Willis or his firm; and (b) a copy of the Required Fee Disclosure that was provided to the Debtor in each of the Identified Cases and the date it was provided to the Debtor. This supplemental report is to be filed not later than **July 19, 2019 at 12:00 PM**.

**IT IS SO ORDERED.**

**BY THE COURT,**

Dated: July 17, 2019

**JEFFERY A. DELLER**　mas
**United States Bankruptcy Judge**

Court Administrator to serve:
Chapter 13 Trustee
Office of the United States Trustee
Lawrence W. Willis, Esq.
Each Debtor and their Counsel in each of the 32 Identified Cases.