# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | MICHAEL D. CEPHAS |
| **Case Number:** | 19-20444-TPA    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, JULY 24, 2019 11:00 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## *Matter:*

CONTINUED - Trustee's Motion To Disgorge Fee filed by Ronda J. Winnecour, Chapter 13 Trustee
- Status Report filed 5/7/2019 by Lawrence W. Willis, Esq. and Willis & Associates at ECF No. 35
- Text Order Entered 5/13/2019 Cancelling 5/15/2019 Hearing
- Text Order Entered 5/20/2019 Transferring Motion To Judge Deller
- Text Order Entered 5/21/2019 Rescheduling Hearing To 6/12/2019
- Hearing Held 6/12/2019 - Continued To 7/24/2019

R / M #:  32 / 0

## *Appearances:*

CHAPTER 13 TRUSTEE:  WINNECOUR / PAIL / KATZ / DeSIMONE
DEBTOR:  LAWRENCE W. WILLIS, ESQUIRE
OUST:  HILDENBRAND / WAHLQUIST

## *Proceedings:*

___ Motion is GRANTED / DENIED
_____ Special Type Of Order: _____
_____ CONTINUE MATTER:
        _____ For At Least _____ Days (Court To Issue Scheduling Order)
        _____ To Hearing Date Of _____ at _____ AM/PM at
        _____
        _____ To Conciliation Conference For _____ at
        _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
        _____ Evidentiary Hearing On Value And Cram-Down Interest
        _____ Complex / Pretrial Order - NONJURY  /  JURY
        _____ Simple / Pretrial Order - NONJURY  /  JURY
        _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Hearing Held. A Memorandum Opinion and Order of Court to be entered at Miscellaneous No. 19-204-JAD.**

FILED
7/25/19 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge