**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-20444-TPA |
| | : | |
| Michael D. Cephas, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated December 2, 2019 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated November 26, 2019* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated December 3, 2019

/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704

MATRIX

Michael Cephas
231 Richland Drive
Pittsburgh, PA 15235

Ronda J. Winnecour, Esquire
Suite 3250,
USX Tower
600 Grant Street
Pittsburgh, PA 15219

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
P.o. Box 981537
El Paso, TX 79998-1537

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130-0281

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193-8872

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

KML
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Kia Motors Finance
10550 Talbert Ave
Fountain Valley, CA 92708-6031

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342-5421

Pnc Mortgage
Po Box 8703
Dayton, OH 45401-8703

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Tribute/atlanticus
Pob 105555
Atlanta, GA 30348-5555

Verizon
500 Technology Dr
Weldon Spring, MO 63304-2225

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457