**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL D CEPHAS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-20444<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 02/01/2019 and confirmed on 04/04/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 53,071.33 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 53,066.33 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,100.00 | |
|    Trustee Fee | 2,457.11 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,557.11 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 41,002.28 | 0.00 | 41,002.28 |
|     Acct: 2878 | | | | |
|   PNC BANK NA | 6,196.94 | 6,196.94 | 0.00 | 6,196.94 |
|     Acct: 2878 | | | | |
| | | | | 47,199.22 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL D CEPHAS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL D CEPHAS | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 3,100.00 | 3,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX-TPA | | | | |

| 19-20444 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | | 310.00 |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 67.87 | 0.00 | 0.00 | 0.00 |
| | Acct: 6558 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK | 10,412.02 | 0.00 | 0.00 | 0.00 |
| | Acct: 1006 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 4,399.14 | 0.00 | 0.00 | 0.00 |
| | Acct: 8676 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,565.05 | 0.00 | 0.00 | 0.00 |
| | Acct: 6091 | | | | |
| | LVNV FUNDING LLC | 2,117.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 6263 | | | | |
| | KIA MOTOR FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9829 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL( | 247.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 0958 | | | | |
| | TRIBUTE ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3982 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 111.41 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 47,509.22 |
|---|---|---|

TOTAL CLAIMED
PRIORITY           310.00
SECURED          6,196.94
UNSECURED       18,920.06

Date: 03/06/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com